IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT THOMAS, | : | Civil No. 3:22-cv-1190 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 17th day of June, 2024, upon consideration of Defendants' motion (Doc. 65) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 65) is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** with respect to Plaintiff's Fourteenth Amendment claim against Defendants Caprio, Scott, Moist, and Tice. Judgment is deferred pending further Order of Court.

3. The motion is **DENIED** with respect to Plaintiff's Fourteenth Amendment claim against Defendants Wetzel, Salamon, and Boone, and with respect to Plaintiff's First Amendment claim.

4. The motion is **DENIED** with respect to Defendants' request to dismiss Plaintiff's claims for compensatory and punitive damages.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

_____
Robert D. Mariani
United States District Judge